UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                      Case No.  07-cr-213-01-SM

<u>Jean P.Verdiner</u>

<u>O R D E R</u>

Defendant Verdiner's motion to continue the final pretrial conference and trial is granted (document 11).   Trial has been rescheduled for the June 2008 trial period.   Defendant Verdiner shall file a waiver of speedy trial rights not later than March 24, 2008.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  May 20, 2008 at 4:30 p.m.

**Jury Selection**:  June 3, 2008  at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

March  11, 2008

cc:   David Bownes, Esq.
      Debra Walsh, AUSA
      US Probation
      US Marshal